**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00326-CV

**MICHAEL A. RUFF, Appellant**

**V.**

**SUZANN RUFF, ET AL., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

Before the Court is appellant's March 13, 2019 motion for an extension of time to file a

brief. We **GRANT** the motion and extend the time to **April 17, 2019**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE